FILED IN CLERK'S OFFICE
U.S.D.C. – Rome

JAN 07 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

United States District Court

United States of America

VS.

_Katrina Cox_

Case No: 4:15-cr-9-WMR-WEJ

## Motion For Reconsideration 18 U.S.C. 3741(e) Post-Sentencing Rehabilitation Programming

Comes Now, Petitioner, _____ to request a reduction of sentence pursuant to 18 U.S.C. 3742(e) post sentencing rehabilitation.

The defendant is currently incarcerated at Federal Correctional Institution For Aliceville. Aliceville, Alabama . She has been incarcerated since 03/27/2015 ___ and has an expected release date of 12/23/2033 . During incarceration, she has received certificates, totalling 1,919(4) hours. (Please see attached)

Pursuant to 18 U.S.C. 3742(e), the defendant could be considered for a reduction of sentence. See Peter v. United States, Supreme Court, 131 S. Ct. 1229, 179 L Ed 2d 196, 2001 U.S. Lexis 1902, argued December 6, 2010, decided March 2, 2011. The downward variance was based on Pepper's post-sentencing rehabilitation. Also see United States v. Booker, Supreme Court 160 L Ed 2d 621, 1255 S. Ct. 736 (2005); Gall v. United States, 552 U.S. 38, 1285 S. Ct. 586, 169 I Ed 2d 445, 2007 Lexis 13083, argued ____ October 2, 2007, decided December 10, 2007. Judge Robert C. Chambers (4th Circuit) granted Terri L. Burns on July 16, 2012 under 18 U.S.C. 3742(e), a 30 month sentence reduction for programming. Burns received 20 certificates while housed at Federal Prison Camp Alderson in Alderson, West Virginia.

A sentencing reduction based on post-conviction rehabilitation can hardly be said to be inconsistent with the policies underlying an award of good-time credit under 18 U.S.C. 3624(b) ____ because the two credit serve distinctly different interests. An award of good-time credit by the Bureau of Prisons (BOP) does not affect the length of court-imposed sentence; rather, it is an administrative reward to provide an incentive for prisoners to comply with institutional disciplinary regulations. Such credits may be revoked at any time before a prisoner's release. 18 U.S.C. 3624(b)(2).

In contrast, a court's imposition of a reduced sentence based on post-sentencing rehabilitation changes the very terms of imprisonment and recognizes that the defendant's conduct since her initial sentencing warrants less severe criminal punishment. Once imposed, a sentence may be modified only in the limited circumstances. 18 U.S.C. 3582(c). Instead, the difference between

the two is reflected most obviously in the fact that the BOP has no authority to award good-time credit where the defendants good behavior occurs after a sentence has already been served.

Wherefore, defendant humbly asks this Honorable Court to accept her certificates for programming and grant a reduction of sentence based on the foregoing.

Date: 12/28/2025

Respectfully Submitted,

```
ALIGR            *          INMATE EDUCATION DATA        *     12-08-2025
PAGE 001         *              TRANSCRIPT               *     19:00:19


REGISTER NO: 66730-019      NAME..: COX                      FUNC: PRT
FORMAT.....: TRANSCRIPT      RSP OF: ALI-ALICEVILLE FCI


------------------------- EDUCATION INFORMATION -------------------------
FACL ASSIGNMENT DESCRIPTION               START DATE/TIME STOP DATE/TIME
ALI  ESL HAS    ENGLISH PROFICIENT        06-22-2016 1841 CURRENT
ALI  GED HAS    COMPLETED GED OR HS DIPLOMA 09-23-2016 1004 CURRENT


-------------------------- EDUCATION COURSES --------------------------
SUB-FACL    DESCRIPTION                    START DATE  STOP DATE EVNT AC LV  HRS
ALI         EMOTIONAL AWARENESS            10-23-2025 CURRENT
ALI         ACE GEOGRAPHY                  07-22-2025 07-29-2025  P   C  P    10
ALI         MUSIC THEORY                   05-09-2025 06-27-2025  P   C  P    16
ALI         SELF ESTEEM FCI                04-25-2025 05-02-2025  P   C  P    10
ALI         TIME 2                         01-23-2025 03-20-2025  P   C  P    24
ALI         SERVSAFE MANAGER               12-11-2024 12-11-2024  P   C  F    16
ALI         RPP#5:HOUSING/TRANSPORTATION   11-12-2024 11-29-2024  P   C  P     8
ALI         SERVESAFE FOOD HANDLER         09-12-2024 09-12-2024  P   C  P     8
ALI         JOB READINESS-FCI              07-29-2024 08-09-2024  P   C  P    10
ALI         ORIGAMI FCI                    05-06-2024 06-10-2024  P   C  P     6
ALI         RPP 6: TIME                    03-20-2024 05-22-2024  P   C  P    24
ALI         RPP#4: PATH TO SUCCESS         04-01-2024 04-29-2024  P   C  P     8
ALI         STARTING YOUR BUSINESS-FCI     12-07-2023 01-11-2024  P   C  P    10
ALI         PLASTIC CANV                   07-11-2023 09-14-2023  P   C  P     6
ALI         CONFLICT RESOLUTION            03-21-2023 04-25-2023  P   C  P    10
ALI         TOTAL BODY WORK-OUT            03-09-2022 05-17-2022  P   C  P    12
ALI         V-ELECTRICIAN                  01-06-2020 05-13-2022  P   C  M   259
ALI         RPP#2: SUCCESSFUL EMLOPYMENT   02-04-2020 03-10-2020  P   C  P     8
ALI         JOB READINESS-FCI              12-07-2019 02-01-2020  P   C  P    10
ALI         RUBIES FOR LIFE                08-20-2018 02-03-2020  P   C  P    92
ALI         STAYING HEALTHY RPP#1          12-16-2019 01-14-2020  P   C  P     8
ALI         RPP#6:SELF ESTEEM FOR ADULTS   11-12-2019 12-03-2019  P   C  P     8
ALI         SELF ESTEEM FCI                09-14-2019 10-12-2019  P   C  P    10
ALI         VOCATIONAL TRADES CARPENTRY    02-27-2019 09-05-2019  P   C  C   300
ALI         INTRODUCTION TO SKILLED TRADES 11-07-2018 02-27-2019  P   C  C   178
ALI         ASSERT YOURSELF FCI            03-06-2017 06-12-2017  P   C  P    13
ALI         WOMEN RELATIONSHIP FCI         12-11-2017 03-05-2018  P   C  P     9
ALI         FOUNDATION PART-FCI            05-07-2018 11-19-2018  P   C  P    17
ALI         PAPERQUILL FCI                 06-21-2016 07-26-2018  P   C  P     6
ALI         PARENTING FROM WITHIN FCI      03-28-2018 06-13-2018  P   C  P    36
ALI         RPP#6: LMS III                 03-21-2018 05-18-2018  P   C  P    15
ALI         SELF ESTEEM FCI                03-29-2018 04-26-2018  P   C  P    10
ALI         RPP#6: LMS II                  01-05-2018 03-09-2018  P   C  P    15
ALI         BEGINNERS CROCHET SCP          01-02-2018 02-27-2018  P   C  P     8
ALI         ELECTRONIC LAW LIBRARY-FCI     12-07-2017 01-11-2018  P   C  P    10
ALI         ACE MAKING DECISIONS CLASS     10-24-2017 11-28-2017  P   C  P    10
ALI         RPP#6: LMS I                   10-10-2017 12-03-2017  P   C  P    15
ALI         WOMEN'S REST BASED FITNESS     09-27-2017 10-05-2017  P   W  V     2
ALI         ACE GEOGRAPHY                  08-29-2017 09-26-2017  P   C  P    10
ALI         RPP#6:CAGE RAGE-THUR 9-10 EJ   07-06-2017 09-14-2017  P   C  P     6


    G0002        MORE PAGES TO FOLLOW . . .
```

```
 ALIGR           *        INMATE EDUCATION DATA      *      12-08-2025
PAGE 002 OF 002 *              TRANSCRIPT            *      19:00:19


REGISTER NO: 66730-019     NAME..: COX                    FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: ALI-ALICEVILLE FCI


--------------------------- EDUCATION COURSES ---------------------------
SUB-FACL    DESCRIPTION                 START DATE  STOP DATE EVNT AC LV  HRS
ALI        FDIC FINANCIAL EDUCATION-FCI 07-19-2017 08-16-2017  P  C  P   10
ALI        7 HABITS OF EFFECTIVE PEOPLE 05-31-2017 07-05-2017  P  C  P   10
ALI        INVESTING FCI                04-20-2017 05-25-2017  P  C  P   10
ALI        BEGINNING SPANISH            04-17-2017 05-15-2017  P  C  P   10
ALI        EMOTIONAL AWARENESS          03-04-2017 04-01-2017  P  C  P   10
ALI        CROSS STITCHING              01-24-2017 02-28-2017  P  C  P    6
ALI        CONFLICT RESOLUTION          01-05-2017 02-09-2017  P  C  P   10
ALI        SCRAPBOOKING                 08-15-2016 09-04-2016  P  C  P    6
ALI        LEADERSHIP-CAMP              08-02-2016 08-30-2016  P  C  P   10




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

**Bureau of Prisons**
**Psychology Services**
**Group Participation**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | COX, KATRINA | | Reg #: | 66730-019 |
| Date of Birth: | 08/26/1978 | Sex:  F | Facilitator: | (P)Pimentel, L. PhD, Psychologist |
| Date: | 04/09/2014 | Group Facility:  ALI | Group Title: | [2] Inmate Companion Training |

Status: Enrolled
Enroll Date: 06/06/2019      End Date:
Total Hours: 166.5

## SESSION DATA:

Number of Sessions:  51      First Session Date:   06/06/2019    Last Session Date:  03/28/2024

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 03/28/2024 | Mentors and Companions Refresher Training | 0 | Absent Excused | Not Apply | Not Apply |
| 02/23/2024 | Companions and Mentors Training | 60 | Complete Session | Good | Not Apply |
| 01/29/2024 | 1st group companions and mentors training | 90 | Complete Session | Good | Not Apply |
| 12/18/2023 | 2nd group companions and mentors training | 120 | Complete Session | Good | Not Apply |
| 11/27/2023 | 2nd group companions and mentors training | 120 | Complete Session | Good | Not Apply |
| 10/23/2023 | 2nd group Mentors and Companions | 120 | Complete Session | Good | Not Apply |
| 09/20/2023 | Companions and Mentors Refresher Training | 240 | Complete Session | Good | Not Apply |
| 08/28/2023 | 2nd group Mentors and Companion Training - August 2023 | 60 | Complete Session | Good | Not Apply |
| 07/21/2023 | 1st group Mentors and Companions training - July 2023 | 120 | Complete Session | Good | Not Apply |
| 06/23/2023 | 2nd group Mentors and Companions - June 2023 | 180 | Complete Session | Good | Not Apply |
| 05/26/2023 | 2nd group Mentors and Companions training - May | 120 | Complete Session | Good | Not Apply |
| 04/27/2023 | Mentors and Companions Training - April | 120 | Complete Session | Good | Not Apply |
| 03/17/2023 | Companions and Mentors Refresher Training | 240 | Complete Session | Good | Not Apply |
| 02/24/2023 | February - Companions and Mentors Training | 120 | Complete Session | Good | Not Apply |

| | | | | | |
|---|---|---|---|---|---|
| **Inmate Name:** | COX, KATRINA | | | **Reg #:** | 66730-019 |
| **Date of Birth:** | 08/26/1978 | **Sex:** F | **Facilitator:** | (P)Pimentel, L. PhD, Psychologist | |
| **Date:** | 04/09/2014 | **Group Facility:** ALI | **Group Title:** | [2] Inmate Companion Training | |

| Date | Title | Duration | Attendance | Participation | Homework |
|------|-------|----------|------------|---------------|----------|
| 01/26/2023 | January Training - Group 2 | 120 | Complete Session | Good | Not Apply |
| 12/16/2022 | December Training Group 2 | 120 | Complete Session | Good | Not Apply |
| 11/28/2022 | November Training | 120 | Complete Session | Good | Not Apply |
| 10/26/2022 | October Training | 120 | Complete Session | Good | Not Apply |
| 09/23/2022 | Companions and Mentors Refresher Training | 240 | Complete Session | Good | Not Apply |
| 08/23/2022 | August Training - Team 1 | 240 | Complete Session | Good | Not Apply |
| 07/29/2022 | July Training A-1 | 240 | Complete Session | Good | Not Apply |
| 06/28/2022 | Team 1 and Team 2 Monthly Training | 240 | Complete Session | Good | Not Apply |
| 05/25/2022 | May Training - Team 1 | 240 | Complete Session | Good | Not Apply |
| 04/22/2022 | April Training - Team 1 | 240 | Complete Session | Good | Not Apply |
| 03/25/2022 | Part 2: New Companion and Mentors Training and Refresher | 240 | Complete Session | Good | Not Apply |
| 03/21/2022 | New Mentors Training and Refresher Training | 240 | Complete Session | Good | Not Apply |
| 02/25/2022 | February Trainin - Team 2 | 240 | Complete Session | Good | Not Apply |
| 12/16/2021 | December Training - Team 1 | 240 | Complete Session | Good | Not Apply |
| 11/19/2021 | November Training - Team 2 | 240 | Complete Session | Good | Not Apply |
| 10/20/2021 | October Training - B-1 / A-1 | 240 | Complete Session | Good | Not Apply |
| 09/28/2021 | New Mentors Training and Refresher Training | 240 | Complete Session | Good | Not Apply |
| 09/24/2021 | New Companion Training and Refresher Training | 240 | Complete Session | Good | Not Apply |
| 08/27/2021 | August Training - B-1 / A-1 Mentors and Companions | 240 | Complete Session | Good | Not Apply |
| 07/23/2021 | July Training - Team 1 Mentors and Companions | 240 | Complete Session | Good | Not Apply |
| 06/25/2021 | June Training - B-1 / A-1 Mentors and Companions | 240 | Complete Session | Good | Not Apply |
| 05/25/2021 | May Training - B-1 Mentors and Companions | 240 | Complete Session | Good | Not Apply |
| 04/20/2021 | April Training - B-1 Mentors and Companions | 240 | Complete Session | Good | Not Apply |
| 03/31/2021 | Inmate Companions and Mentors - March | 240 | Complete Session | Good | Not Apply |

| Inmate Name: | COX, KATRINA | | Reg #: | 66730-019 |
| Date of Birth: | 08/26/1978 | Sex: F | Facilitator: | (P)Pimentel, L. PhD, Psychologist |
| Date: | 04/09/2014 | Group Facility: ALI | Group Title: | [2] Inmate Companion Training |

| Date | Title | Duration | Attendance | Participation | Homework |
|------|-------|----------|------------|---------------|----------|
| 01/27/2021 | Inmate Companion and Mentor - January | 240 | Complete Session | Good | Satisfactory |
| 12/30/2020 | Inmate Companion and Mentors Training | 240 | Complete Session | Good | Satisfactory |
| 10/26/2020 | Inmate Companions and Mentor Training | 240 | Complete Session | Good | Not Apply |
| 02/21/2020 | February | 240 | Complete Session | Good | Not Apply |
| 01/24/2020 | January | 240 | Complete Session | Good | Not Apply |
| 12/27/2019 | December | 120 | Complete Session | Good | Not Apply |
| 11/25/2019 | November | 240 | Complete Session | Good | Not Apply |
| 10/29/2019 | October | 240 | Complete Session | Good | Not Apply |
| 09/20/2019 | September | 240 | Complete Session | Good | Not Apply |
| 08/26/2019 | August | 240 | Complete Session | Good | Not Apply |
| 07/31/2019 | July Training | 240 | Complete Session | Good | Satisfactory |
| 06/27/2019 | June | 240 | Complete Session | Good | Not Apply |
| 06/06/2019 | New  Members Initial Training | 240 | Complete Session | Good | Not Apply |

| Attendance | | Participation | | Homework | |
|------------|------|---------------|------|----------|------|
| Complete Session Present | 98.0 % | Good | 98.0 % | Not Apply | 94.1 % |
| Incomplete Session Excused | 0.0 % | Fair | 0.0 % | Satisfactory | 5.9 % |
| Incomplete Session Not Excused | 0.0 % | Poor | 0.0 % | Unsatisfactory | 0.0 % |
| Absent Excused | 2.0 % | Not Apply | 2.0 % | | |
| Absent Not Excused | 0.0 % | | | | |

INMATE COPY



U.S. Department of Justice
Federal Bureau of Prisons
Federal Correctional Institution
P.O. Box 445
Aliceville, Alabama 35442

November 17, 2025

To:        Whom This May Concern

From:      R. Walker, Correctional Counselor

Subject:   Letter of Incarceration

To Whom This May Concern:

Cox Katrina (66730-019) was born August 26, 1978, and is currently in Federal Bureau of
Prisons custody. She has been located at the Federal Correctional Institution in Aliceville,
Alabama since June 14, 2016. She has a projected release date of December 23, 2033. Inmate
Cox is receiving jail credit from March 27, 2015, through May 19, 2016. She was sentenced to
federal prison on May 20, 2016.

Should you have further questions, I can be reached at 205-373-5000.

Respectfully,


R. Walker,
Correctional Counselor

| Name COX, KATRINA L | | | Regno 66730-019 |
| --- | --- | --- | --- |
| Gender FEMALE | Height 5'01'' | Weight 150 | |
| Date of Birth 08-26-1978 | Eye BLUE | Hair RED | |
| Race WHITE | Ethnicity OTHER THAN HISP | | |

11-17-2025    IN CUSTODY    A02-216L    ALI





# Certificate of Participation

This Is To Certify That

### Katrina Cox

Has Participated In

### T.I.M.E

at FCI Aliceville, Aliceville, Alabama

*D. Williams*

_____

D. Williams, Teacher




# Certificate of Participation

This Is To Certify That

## Katrina Cox

Has Participated In

## TIME 2

at FCI-Aliceville, Aliceville, Alabama

*D. Williams*

_____

D. Williams, Teacher

# Certificate of Completion

## This Certification Acknowledges

### KATRINA COX

Has successfully completed the Adult Continuing Education Course Work

at FCI Aliceville, Aliceville, Alabama

for

## Conflict Resolution

S. Evans, ACE Coordinator



# **Samford University**
### Ministry Training Institute

# CERTIFICATE *of* ACHIEVEMENT

THIS ACKNOWLEDGES THAT

## Katrina Cox

HAS SUCCESSFULLY COMPLETED

 PAUL & HIS LETTERS 



Instructor, Mel Howton

SIGNED, Dr. Kevin Blackwell, MTI Director



# SAMFORD
### UNIVERSITY
### MINISTRY TRAINING INSTITUTE

# CERTIFICATE of ACHIEVEMENT

THIS ACKNOWLEDGES THAT

## Katrina Cox

HAS SUCCESSFULLY COMPLETED

# A SURVEY OF THE OLD TESTAMENT

Instructor, Glenn Sandifer

SIGNED, Dr. Kevin Blackwell, MTI Director





# Certificate of Completion

This Certification Acknowledges

## KATRINA COX

Has successfully completed the Adult Continuing Education Course Work

at FCI Aliceville, Aliceville, Alabama

for

## Emotional Awareness

S. Evans, ACE Coordinator

# Certificate of Completion

This Certification Acknowledges

## KATRINA COX

Has successfully completed the Adult Continuing Education Course Work

at FCI Aliceville, Aliceville, Alabama

for

## Investment

_S. Evans_

S. Evans, ACE Coordinator

# Certificate of Completion

This Certification Acknowledges

### *KATRINA COX*

Has successfully completed the Adult Continuing Education Course Work

at FCI Aliceville, Aliceville, Alabama

for

## 7 Habits of Highly Effective People

*S. Evans*

S. Evans, ACE Coordinator

# Certificate of Completion

This Certification Acknowledges

## KATRINA COX

Has successfully completed the Adult Continuing Education Course Work

at FCI Aliceville, Aliceville, Alabama

for

## Self Esteem

S. Evans, ACE Coordinator



# Certificate of Participation

This Is To Certify That

## KATRINA COX

Has successfully completed 36 hour course

## PARENTING CLASS

at FCI Aliceville, Aliceville, Alabama

A.Stargell, Parenting Coordinator



# Certificate of Completion

This Certification Acknowledges

## *KATRINA COX*

Has successfully completed the Release Preparation Program Course Work

at FCI Aliceville, Aliceville, Alabama

of

## PATHWAY TO RE-ENTRY

K. Williams, RPP Coordinator



# Certificate of Completion

This Certification Acknowledges

## KATRINA COX

Has successfully completed the Adult Continuing Education Course Work

at FCI Aliceville, Aliceville, Alabama

for

## Making Decisions

S. Evans, ACE Coordinator



# Certificate of Completion

This Certification Acknowledges

**KATRINA COX**

Has successfully completed the Adult Continuing Education Course Work

at FCI Aliceville, Aliceville, Alabama

for

## Beginner's Electronic Law Library

S. Evans, ACE Coordinator

# Certificate of Completion

This Certification Acknowledges

## KATRINA COX

Has successfully completed the Adult Continuing Education Course Work

at FCI Aliceville, Aliceville, Alabama

for

## Leadership

on Tuesday, June 30, 2016

_S. Evans_

S. Evans, ACE Coordinator



# Certificate of Completion

This Certification Acknowledges

## KATRINA COX

Has successfully completed the Adult Continuing Education Course Work

at FCI Aliceville, Aliceville, Alabama

for

## Geography

S. Evans, ACE Coordinator

# AWARD OF *Completion*

## FCI Aliceville, Alabama



This certifies that

## Katrina Cox

has successfully completed all requirements of the 12-Hour Drug Education Program.

This certificate of completion is hereby issued
this 20th day of January, 2017

*Mrs. A. Black*

Mrs. A. Black, Drug Treatment Specialist




# Certificate of Completion

## This certifies that

# K. COX

## Has successfully completed all FCI Aliceville requirements for:

# CROSS-STITCH

and hereby awarded 6 Sentry Credit Hours

*February 28, 2017*

L. Holland

**Recreation Specialist**

# Certificate of Completion

## This Certification Acknowledges

### *KATRINA COX*

Has successfully completed the Adult Continuing Education Course Work

at FCI Aliceville, Aliceville, Alabama

for

## Beginning Spanish

on Monday, May 15, 2017

_S. Evans_

S. Evans, ACE Coordinator

# CERTIFICATE OF PARTICIPATION

AWARDED TO

## KATRINA COX

YOU HAVE SUCCESSFULLY COMPLETED THE PARENTING WORKSHOP AT
FCI ALICEVILLE FEDERAL BUREAU OF PRISONS

GIVEN THIS 17 DAY OF MAY, 2017

PARENTING COORDINATOR



# Certificate of Completion

This Certificate is Presented to

## KATRINA COX

For successfully completing the Reentry – Woman Empowerment
FCI Aliceville, Aliceville, Alabama

E. JENKINS, REENTRY COORDINATOR

July 20, 2017
DATE



# Certificate of Completion

This Certificate is Presented to

## KATRINA COX

For successfully completing the Reentry – Changing With the Times
F.C.I. Aliceville, Aliceville, Alabama

July 21, 2017
DATE

E. JENKINS, REENTRY COORDINATOR



*Certificate of Completion*

KATRINA COX

For successfully completing the Reentry - **Domestic Violence**
*FCI Aliceville, Aliceville, Alabama*

July 24, 2017
_____
DATE

_____
E. JENKINS, REENTRY COORDINATOR



# Certificate of Completion

*This Certificate is Presented to*

## KATRINA COX

*For successfully completing the Reentry-* **ADDICTION IMPACT**
*S.P.C Aliceville, Aliceville, Alabama*

E. JENKINS, REENTRY COORDINATOR

July 24, 2017

DATE

# *Certificate of Completion*

*This Certificate is Presented to*

# KATRINA COX

*For successfully completing the Reentry – Pretty Girls Etiquette Seminar*
*FCI Aliceville, Aliceville, Alabama*



E. JENKINS, REENTRY COORDINATOR

August 10, 2017

DATE

# Certificate of Completion

*This Certificate is Presented to*

## KATRINA COX

*For successfully completing the Reentry- Book 2 School Test
TCI Maxville Maxville Alabama*

August 10, 2017
_____
DATE

_____
E. JENKINS REENTRY COORDINATOR

# Certificate of Completion

This Certification Acknowledges

## KATRINA COX

Has successfully completed the Adult Continuing Education Course Work

at FCI Aliceville, Aliceville, Alabama

for

## FDIC Money Smart

on Wednesday, August 16, 2017

S. Evans, ACE Coordinator

# Certificate of Completion

## K. COX

Has successfully completed the following:

## CARD MAKING WORKSHOP

*August 25, 2017*

L. Holland/R. Jenkins
Recreation Specialist



# Certificate of Completion

This Certificate is Presented to

## KATRINA COX

For successfully completing the Reentry – Cage Your Rage Class

F C I Aliceville, Aliceville, Alabama

E. JENKINS, REENTRY COORDINATOR

September 14, 2017

DATE



# Certificate of Completion

This Certificate is Presented to

## KATRINA COX

For successfully completing the Reentry **The Interview**
FCS Meeville, Phoenville, Alabama

October 26, 2017

DATE

E. JENKINS REENTRY COORDINATOR

# Certificate of Completion

This Certificate is Presented to

## KATRINA COX

For successfully completing the Reentry – **Honoring Women Veterans**
F.C.I. Aliceville, Aliceville, Alabama

November 15, 2017

DATE

E. JENKINS, REENTRY COORDINATOR

# SISTA PROGRAM

This is to certify that

## Katrina Cox

Has successfully completed 5 session of the SISTA

## Certificate of Graduation

Ann James    11/20/17



# Certificate of Completion

### This Certifies that

## COX

Has successfully completed with proficiency the

## FCI Aliceville Life Management Skills I Course

& is hereby awarded 15 Sentry Credit Hours



Given this 28 day of NOVEMBER in the year of 2017.

_____

Recreation Specialist





# Certificate of Completion

This Certificate is Presented to

## KATRINA COX

For successfully completing the Reentry – "Where Did I Go Wrong?" Seminar

F.C.I Aliceville, Aliceville, Alabama

December 11, 2017

DATE

E. JENKINS, REENTRY COORDINATOR



*Certificate of Completion*

*This Certificate is Presented to*

# KATRINA COX

*For successfully completing the Reentry –* **"Be Encouraged" Seminar**
*F C I Aliceville, Aliceville, Alabama*

E. JENKINS, REENTRY COORDINATOR

December 21, 2017

DATE

# Certificate of Completion



K. COX

For
Completing Beginners Crochet
With An Completion Of
8 Program Hours

Recreation Specialist

February 27, 2018

# Certificate of Completion

This Certifies that

## Katrina Cox

Has successfully completed all requirements with proficiency in

## FCI Aliceville Life Management Skills II

I is hereby awarded 15 Sentry Based Credit Hours



Given this 2nd day of March in the year of 2018.

M. Webb-Collins, Recreation Specialist



# CERTIFICATE OF COMPLETION

Awarded To

## Katrina Cox

On behalf of the Social Work Department of FCI Aliceville for your completion of the treatment group,

## "WOMEN'S RELATIONSHIPS"

in which you completed  9  hours.
Given this 5th day of March, 2018

I. Lewis, LGSW, Social Worker



*Federal Correctional Institute*
*Aliceville, Alabama*

# Certificate of Completion

*This certifies that*

## Katrina Cox

has successfully completed the requirements of
the Non-Residential Drug Abuse Program.
This certificate of completion is hereby issued
this 7th day of March, 2018.

Dr. G. De Jesus, Drug Abuse Program Coordinator

Mrs. A. Black, Drug Treatment Specialist

# Certificate of Completion

**Federal Bureau of Prisons**
*FCI Aliceville, Alabama*

*awarded to*

## Katrina Cox 66730-019

*who has satisfactorily completed the*

## Anger Management Group Treatment

*and is hereby awarded this certificate on the 4th day of April 2018*

4/4/2018

_____
Date

_____
Dr. G. De Jesús, DAPC

# { CERTIFICATE OF PARTICIPATION }

AWARDED TO

# KATRINA COX

YOU HAVE SUCCESSFULLY COMPLETED THE FAMILY FOREVER PARENTING WORKSHOP AT
FCI ALICEVILLE FEDERAL BUREAU OF PRISONS

GIVEN THIS 23 DAY OF APRIL, 2018

PARENTING COORDINATOR

# Certificate of Completion

This Certifies that

## K. COX

Has successfully completed with proficiency the

### FCI Aliceville Life Management Skills III Course & is hereby awarded 15 Sentry Credit Hours



Given this **11ND** day of **MAY** in the year of **2018.**

_____
Recreation Specialist



# CERTIFICATE OF COMPLETION

### AWARDED TO

## Katrina Cox

On behalf of the Social Work Department of FCI Aliceville
for your completion of the treatment group,

### "ASSERT YOURSELF FOR FEMALE OFFENDERS"

in which you completed **13.5** hours.

Given this __12th__ day of __June__, 20__17__

I. Lewis, LGSW, Social Worker

Cox v US Dept Hum Svcs Docmnt 91 Filed 10/07/19 Page 51 of 88


**CERTIFIED** ✔ **CERTIFIED**


**CERTIFIED** ✔ **CERTIFIED**

# Certificate of Completion

### This certifies that

# COX

### Has successfully completed all requirements for:

# PAPER QUILLING

### & is hereby awarded 6 Sentry Credit Hours





*July 26, 2018*

*L. Holland*
_____
**Recreation Specialist**



# Certificate of Completion

This certifies that

## K. COX

Has sucessfully completed

## LEFT HANDED CROCHET WORKSHOP

August 31, 2018

_F. Mickens_
Recreation Specialist

# Samford University

## Ministry Training Institute

### Birmingham, Alabama

In recognition of the satisfactory completion of the prescribed course of study

## Katrina Cox

Has successfully completed the course

## Biblical Foundations

Given on this thirtieth day of September in the year of our Lord two thousand and eighteen

and of Samford University the one hundred seventy-seventh.

_Gary Farley, Instructor_

_Kevin D. Blackwell, director, Ministry Training Institute_



# FCI Aliceville, Alabama



## "I'm A Survivor: Warrior for the Cause"

# CERTIFICATE OF ATTENDANCE

This certifies that

# Katrina Cox

has attended FCI Aliceville 4th Annual Empower Me: No Violence/Know Peace Domestic Violence Awareness Program

This certificate of attendance for <u>2</u> hours is hereby issued this 29th day of October, 2018

T Lewis, LGSW, Social Worker



# CERTIFICATE OF COMPLETION

Awarded To

## **Katrina Cox**

On behalf of the Social Work Department of FCI Aliceville for your completion of the
Gender-Responsive Model Program,
### "FOUNDATION"
### Theme: Pathway to Success-Follow the Yellow Brick Road
in which you earned <u>12</u> sentry credits.
Given this <u>19</u><u>th</u> day of <u>November</u>, 2018





I. Lewis, LGSW, Social Worker

# Certificate of Achievement

Presented to

## Cox, Katrina

66730-019

For successfully completing the

# THE TRAUMA IN LIFE WORKSHOP



_____    ____12-11-2018_____

Resolve Coordinator                                  Date

# Samford University

## Ministry Training Institute

### Birmingham, Alabama

In recognition of the satisfactory completion of the prescribed course of study

## Katrina Cox

Has successfully completed the course

## Biblical Foundations II

Given on this thirtieth day of December in the year of our Lord two thousand and eighteen
and of Samford University the one hundred seventy-seventh.

Gary Farley, Instructor

Kevin D. Blackwell, director, Ministry Training Institute



# Certificate of Graduation

## Katrina Cox

Has completed the requirements for Phase I of the Rubies for Life Program as prescribed by FCI Aliceville, Alabama and is therefore entitled to this certificate of graduation.

February 8, 2019



_V. Fason, Graduation Coordinator_

_S. Harris, Supervisor of Education_

# NCCER

Board of Trustees confers upon

## Katrina  Cox

this certificate of completion for

# Construction Site Safety Orientation

in the Standardized Craft Training Program
on this Twenty-Seventh day of February, in the year 2019





*Donald E. Whyte*

Donald E. Whyte
President, NCCER

Case 4:19-cv-00202-HSG-WE1 Document 41 Filed 01/07/21 Page 60 of 88

# Certificate of Achievement

Presented to

## Cox, Katrina

66730-019

For successfully completing

## SEEKING SAFETY

Dn Hant

Resolve Coordinator

4/30/19

Date



# NCCER

Board of Trustees con___rs upon

*Katrina C_x*

this certificate of comp___tion for

## Core Curriculum: Introductory Craft Skills

in the Standardized Craft Tr___ning Program
on this Twenty-Seventh day of Febru___y, in the year 2019

*Donald_ _Whyte*

Donald _ Whyte
Presiden_ NCCER

Katrina Cox
20181340

# NCCER

Board of Trustees confers upon

## Katrina Cox

this certificate of completion for

## Carpentry Level One

in the Standardized Craft Training Program
on this Sixth day of September, in the year 2019



*Donald E. Whyte*

Donald E. Whyte
President, NCCER



# Certificate of Graduation

## Katrina Cox

Has completed the requirements for the Carpentry Program

as prescribed by FCI Aliceville, Alabama

and is therefore entitled to this certificate of graduation.

October 28, 2019



_____
S. Harris, Supervisor of Education

_____
T. Phillips, Carpentry Instructor



# Certificate of Achievement

Presented to

## Cox, Katrina

66730-019

For successfully completing

## COGNITIVE PROCESSING THERAPY

_____

Resolve Coordinator

____January 2, 2020_____

Date



# Certificate of Achievement

Presented to

## Cox, Katrina

66730-019

For successfully completing

## DIALECTICAL BEHAVIORAL THERAPY

_____    ___January 21, 2020_____

Resolve Coordinator                                  Date



Rubies for L.I.F.E.

Non-Department of Corrections Program

Record of Completion

PRESENTED TO

Katrina Cox

In recognition of your completion of the Yearlong Rubies for L.I.F.E. Vision Course at Federal Correctional Institution Aliceville on the 13th day of March in the year 2020.

Warden Patricia Bradley, FCI Aliceville

Harrell Riley, Director HR Ministries

SEAL



# Certificate of Completion

**Federal Bureau of Prisons**
**FCI Aliceville, Alabama**

*awarded to*

# Katrina Cox 66730-019

*who has satisfactorily completed the*

# Anger Management Group Treatment

*and is hereby awarded this certificate on the 17th day of August 2021*

Dr. G. De Jesús, DAPC

August 17, 2021
*Date*

# *ACCI Lifeskills*

certifies that

# KATRINA COX

has successfully completed the

# CONTENTIOUS RELATIONSHIPS COURSE

**Agency: FCI Aliceville**
**Completion Date: Apr 08, 2022**
**Case Number: 66730-019**









**Authorized Signature**

Certificate Key: 1f7b9f90-8943-11ec-8c4a-fff04e06d118

# ACCI Lifeskills

certifies that

# KATRINA COX

has successfully completed the

# COGNITIVE AWARENESS COURSE

**Agency: FCI Aliceville**
**Completion Date: Apr 28, 2022**
**Case Number: 66730-019**









**Authorized Signature**

Certificate Key: 1f7b9f90-8943-11ec-8c4a-fff04e06d118

# Certificate of Graduation

## Katrina Cox

Has completed the requirements for the Electrical

Program as prescribed by FCI Aliceville, Alabama

and is therefore entitled to this certificate of graduation.

May 5, 2022



D. Barton, Acting Supervisor of Education

T. Phillips, Electrical Instructor


# FCI Aliceville

## Vocational Trades Electrical

This certifies that

### Katrina Cox

Has successfully completed the exams for the Vocational Trades
Electrical program at FCI Aliceville on May 13, 2022.

_____
**Instructor**

_____
**Supervisor of Education**




### CERTIFICATE of

# COMPLETION

## K. COX

Has successfully completed

### Total Body Workout Course
### & is hereby awarded 12 Sentry Credit Hours

Given this __17th__ day of __May__ in the year of __2022.__

*C. Walker*

_____

**Recreation Specialist**



# NCCER

Board of Trustees confers upon

## Katrina Cox

this certificate of completion for

## Electrical Level One

in the Standardized Craft Training Program
on this Seventeenth day of May, in the year 2022





Boyd D. Worsham
President & CEO, NCCER

# *ACCI Lifeskills*

certifies that

# KATRINA COX

has successfully completed the

# PARENTING COURSE

**Agency: FCI Aliceville**
**Completion Date: May 24, 2022**
**Case Number: 66730-019**









**Authorized Signature**

**Certificate Key: 1f7b9f90-8943-11ec-8c4a-fff04e06d118**

# Samford University

## Ministry Training Institute

### Birmingham, Alabama

*In recognition of the satisfactory completion of the prescribed course of study*

# Katrina Cox

*has successfully completed the course*

# Christian Leadership

*Given on this twentieth day of February in the year of our Lord two thousand and twenty-three and of Samford University the one hundred eighty-second.*



_____
*Chaplain Morning, Instructor*

_____
*Kevin D. Blackwell, director, Ministry Training Institute*

# Certificate of Completion



COX.K

Has successfully completed all requirements for

Plastic Canvas

CARGUI

AUG 5T2103

# FCI ALICEVILLE

IN RECOGNITION OF SUCCESSUFULLY COMPLETING

THE BRAIN HEALTH AS YOU AGE CLASS.

THIS AWARD IS PRESENTED TO:

## KATRINA COX





September 26, 2023

R. Jenkins
RECREATION SPECIALIST





# CERTIFICATE

## of Achievement

is proudly awarded to

*Katrina Cox*

for your outstanding performance in
Lead April 2024

**CONGRATULATIONS**

You Did It!

30 April 2024

Date

Ms. Wilson

Human Resources



# Samford University

## Ministry Training Institute

### Birmingham, Alabama

*In recognition of the satisfactory completion of the prescribed course of study*

## Katrina Cox

*has successfully completed the course*

## Biblical Foundations 1

*Given on this fifteenth day of May in the year of our Lord two thousand and twenty-four and of Samford University the one hundred eighty-third.*



Robert Heard, Instructor

Kevin D. Blackwell, director, Ministry Training Institute

# Certificate of Completion

This Certification Acknowledges

## *KATRINA COX*

Has successfully completed the Release Preparation Program Course Work (2024)

at FCI Aliceville, Aliceville, Alabama

of

# HOUSING & TRANSPORTATION

K. Williams, RPP Coordinator

# Certificate of Completion

## COX.K

*Has successfully completed all requirements for:*

## ORIGAMI

*and is hereby awarded 6 Sentry Credit Hours*

JUNE 2024

CARGILE

Rec. Specialist



# Certificate of Achievement



**ANAB**

*ANSI* National Accreditation Board

A C C R E D I T E D

ANSI/ASTM E2659

CERTIFICATE ISSUER
#0655

This certificate is awarded to

## KATRINA COX

Congratulations! You have completed

## ServSafe® Food Handler

Employee Food Safety Course and Exam

National Restaurant Association
233 S. Wacker Drive, Suite 3600
Chicago, IL 60606-6383
800.765.2122 in Chicago area 312.715.1010
Restaurant.org | ServSafe.com

Certificate Number  **7381394**     Date  **10/8/2024**

Expiration Date  **10/8/2027**



©1986–2024 National Restaurant Association Educational Foundation (NRAEF). All rights reserved. The ServSafe®, NRAEF, National Restaurant Association and National Restaurant Association Solutions, LLC (Solutions) names and logos are registered trademarks used under license by Solutions and may not be otherwise used without the explicit written permission of the owner of each mark.



*Federal Bureau of Prisons*
*FCI Aliceville, Alabama*

*Awarded to*

## COX, KATRINA; #66730-019

*who has satisfactorily completed the*

**Non-Residential Drug Abuse Program -12 weeks**

*and is hereby awarded this certificate on the 10th day of April 2025*

J. Williams, DTS

Dr. DeJesus, DAPC

APRIL 10, 2025
*Date*

# Certificate of Completion

This certifies that

## KATRINA COX

Has successfully completed:

## PARENTING PART ONE



**FCI ALICEVILLE**

<u>April 21, 2025</u>
DATE

J. Spencer, Special Population Coor.

# Certificate of Completion

This certifies that

# KATRINA COX

Has successfully completed Parenting 1 & 2:

## NATIONAL PARENTING PROGRAM



**FCI ALICEVILLE**

<u>June 4, 2025</u>
DATE

J. Spencer, Special Population Coor.

# FCI ALICEVILLE

## CERTIFICATE OF COMPLETION

### THIS CERTIFIES THAT

## K. COX

Has successfully completed all requirements in
FCI Aliceville Beginners Music Theory Class
& is hereby awarded 16 Sentry Credit Hours

June 2025

J. McKay
_____
Recreation Specialist

# Certificate of Completion

This certifies that

## KATRINA COX

Has successfully completed:

# WOMEN'S RELATIONSHIPS PART ONE



**FCI ALICEVILLE**

<u>October 14, 2025</u>
**DATE**

J. Spencer, Special Population Coor.



# Certificate of Completion

**Federal Bureau of Prisons**
**FCI Aliceville**

This certificate is presented to

## Katrina Cox

For the successful completion of the

## NARCOTICS ANONYMOUS CLASS

On November 25, 2025

_B. Belle_

Counselor B. Belle

The mission of Narcotics Anonymous is to assist participants in developing principles of honesty, open-mindedness, and willingness, and dedication to carrying the message of recovery to the addict who still suffers.